ronics International, Inc., MaxLite, Inc., also represented by Timothy Michael Nitsch. Intervenor Satco Products, Inc., represented by Robert P. Lynn, Jr., Stephen William Livingston, Lynn, Gartner, Dunne & Covello, LLP, Mineola, NY.

O'MALLEY, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

Marvin H. Kleinberg, Kleinberg & Lerner, LLP, Los Angeles, CA, argued for defendant-appellant. Also represented by Christopher John Dugger, Michael Hurey.

O'MALLEY, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

---

**Paula SMALL, Plaintiff–Appellee**

v.

**IMPLANT DIRECT MFG. LLC, dba Implant Direct, LLC, Defendant–Appellant.**

No. 2015–1163.

United States Court of Appeals, Federal Circuit.

July 14, 2015.

Gerard Haddad, Dickstein Shapiro LLP, New York, NY, argued for plaintiff-appellee. Also represented by Jennifer Bianrosa.

**Julia A. HOLLAND, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2015–3034.

United States Court of Appeals, Federal Circuit.

July 14, 2015.

Julia A. Holland, Vienna, VA, pro se.

Jeffrey Gauger, Office of the General Counsel, United States Merit Systems Protection Board, Washington, DC, for respondent. Also represented by Bryan G. Polisuk.